IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.: 19-60826 |
| | § | |
| ACQUANLAN DEONSHAY HARRIS | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

## MOTION TO DISMISS CHAPTER 13 BANKRUPTCY CASE

TO THE HONORABLE RONALD B. KING, BANKRUPTCY JUDGE FOR THE WESTERN DISTRICT OF TEXAS, WACO DIVISION:

NOW COMES, Acquanlan Harris, the Debtor in above-referenced bankruptcy proceeding (the "Debtor"), by and through her undersigned counsel and files this her Motion to Dismiss Chapter 13 Bankruptcy Case and in support thereof would respectfully show unto this Honorable Court as follows:

1. The Debtor has filed a Chapter 13 bankruptcy case. Ray Hendren has been appointed as the Chapter 13 Trustee in this case.

2. The Debtor, pursuant to 11 U.S.C. § 1307(b), wishes to dismiss this Chapter 13 bankruptcy case. This case was originally filed as a Chapter 13 and has not been previously converted.

WHEREFORE, PREMISES CONSIDERED, the Debtor, Acquanlan Harris, respectfully requests this Court to dismiss her Chapter 13 bankruptcy case without prejudice, and for such other and further relief as is just.

Respectfully submitted,

*Erin B. Shank*

Erin B. Shank
Texas Bar No. 01572900
ERIN B. SHANK, P. C.
1902 Austin Avenue
Waco, Texas 76701
Phone: (254) 296-1161
Fax: (254) 296-1165

ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2020, a copy of the foregoing pleading was served (without attached matrix) upon the following individuals via electronic means as listed on the Court's ECF noticing system or by regular first class mail:

Acquanlan Harris
5007 Colorado
Killeen, TX 76542

Ray Hendren
Chapter 13 Trustee
via email: info@rayhendren13.com
4505 Spicewood Springs Rd
Suite 205
Austin, TX 78759

All Creditors in the Matrix Attached hereto as Exhibit "A"

_____
Erin B. Shank

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-6<br>Case 19-60826-rbk<br>Western District of Texas<br>Waco<br>Mon Nov 16 14:09:53 CST 2020 | U.S. BANKRUPTCY COURT<br>800 FRANKLIN AVE., SUITE 140<br>WACO, TX 76701-1934 | Bell TAD<br>c/o Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 |
| CITIMORTGAGE, INC.<br>C/O BDFTE<br>4004 BELTLINE ROAD, SUITE 100<br>ADDISON, TX 75001-4320 | Cenlar<br>P.O. Box 77405<br>Ewing, N.J. 08628 | ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Rd, Ste 100<br>Woodbury, MN 55125-1703 |
| CitiMortgage, Inc.<br>c/o Cenlar FSB<br>425 Phillips Blvd<br>Ewing, NJ 08618-1430 | Equifax<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Erin B. Shank, P.C.<br>2309 Austin Avenue<br>Waco, Texas 76701-1508 |
| Experian<br>Profile Maintenance<br>P.O. Box 9701<br>Allen, TX 75013-9701 | Internal Revenue Service<br>P.O.Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Navy Federal Credit Union<br>P.O. Box 3100<br>Merrifield, VA 22119-3100 | Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119-3000 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Steven Harris<br>7006 Bose Ikard<br>Killeen, TX 76549-0074 | (p)TELECHECK SERVICES INC<br>P O BOX 6806<br>HAGERSTOWN MD 21741-6806 | Trans Union Corporation<br>Attn: Public Records Dept.<br>555 West Adams Street<br>Chicago, IL 60661-3631 |
| US Attorney General<br>Main & Justice Bldg.<br>10th and Constitution, N.W.<br>Washington, D.C. 20530-0001 | US Attorney's Office<br>601 N.W. Loop 410. Ste.600<br>San Antonio, TX 78216-5597 | United States Trustee - WA12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB<br>C/O BDFTE<br>4004 BELTLINE ROAD, SUITE 100<br>ADDISON, TX 75001-4320 | WILMINGTON SAVINGS, CARRINGTON MTG SERV<br>1600 S. DOUGLASS RD.<br>ANAHEIM, CA 92806-5948 | Acquanlan DeonShay Harris<br>5007 Colorado Dr<br>Killeen, TX 76542-4355 |
| Erin B. Shank<br>Erin B. Shank, P.C.<br>1902 Austin Avenue<br>Waco, TX 76701-1619 | G. Ray Hendren<br>4505 Spicewood Springs Rd<br>Ste. 205<br>Austin, TX 78759-8794 | |

*Exhibit "A"* (handwritten)

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>STOP 5026 AUS<br>300 E. 8th Street<br>Austin, Texas 78767 | Telecheck<br>Attn: Bankruptcy Dept.<br>PO Box 4451<br>Houston, TX 77210 | (d)Telecheck Services, Inc<br>5251 Westheimer Road<br>Houston, TX 77056 |

End of Label Matrix
Mailable recipients     25
Bypassed recipients      0
Total                   25